703 A.2d 1034

COMMONWEALTH of Pennsylvania, Respondent

v.

Frederick PETROLL, Petitioner.

No. 544 Middle District Allocatur Docket 1997.

Supreme Court of Pennsylvania.

Dec. 23, 1997.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of December, 1997, the above-captioned petition for allowance of appeal is **GRANTED, LIMITED** to the following issue:

Whether the trial court erred in denying Petitioner's motion to suppress the evidence seized from Petitioner's truck during the course of warrantless searches.